UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  03-cr-00583-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. BRYAN KANE PAXTON,
      a/k/a "Bryan Karl Paxton,"
      a/k/a "Bryon Kane Paxton,"

      Defendant.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Supervised Release Violation Hearing is set for **Friday, October 23, 2009, at 10:00 a.m.**

      Dated:  September 17, 2009