# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation of Supervised Release**) |
| v. | Case Number:  03-cr-00583-WYD-01 |
| BRYAN KANE PAXTON <br> Bryan Karl Paxton <br> Bryon Kane Paxton | USM Number:  32344-013 <br><br> Edward R. Harris, AFPD <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 8, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 12/04/08 |
| 2 | Possession and Use of a Controlled Substance | 12/28/08 |

The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

December 1, 2009
Date of Imposition of Judgment

s/ Wiley Y. Daniel
Signature of Judge

Wiley Y. Daniel, Chief U.S. District Judge
Name & Title of Judge

December 2, 2009
Date

DEFENDANT:  BRYAN KANE PAXTON
CASE NUMBER:  03-cr-00583-WYD-01                                                              Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Possession and Use of a Controlled Substance | 01/07/09 |
| 4 | Failure to Participate in Drug Testing as Directed by the Probation Officer | 01/08/09 |
| 5 | Failure to Participate in Drug Treatment as Directed by the Probation Officer | 01/14/09 |
| 6 | Failure to Follow the Instructions of the Probation Officer | 01/15/09 |
| 7 | Failure to Comply with Rules of Residential Re-Entry Center | 11/11/08 |
| 8 | Violation of the Law (3rd Degree Burglary-Attempted) | 03/22/09 |

DEFENDANT:  BRYAN KANE PAXTON
CASE NUMBER:  03-cr-00583-WYD-01                                                                         Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twenty-one (21) months with eighty-two (82) days credit time served.

The court recommends that the Bureau of Prisons designate the defendant to a facility in Colorado.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal